**Opinion issued October 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00851-CV

————————————

## IN RE KENNETH WAYNE JEROME, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Kenneth Wayne Jerome, currently incarcerated and proceeding pro se, filed a petition for writ of mandamus asserting that the trial court failed to perform its ministerial duty to rule on relator's "Petition for Expunction."[1]  Relator's petition

---

[1]  The underlying case is *Kenneth Wayne Jerome v. Harris County District Attorney's Office*, Cause No. 2024-43381, in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.

requested that the Court grant his petition for writ of mandamus and direct the trial court to rule on his petition for expunction.

We conclude that relator has failed to establish he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3, 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.